# P & L  Bradley Loftsgard

Total income from - Sept, 1, 2009 - Feb. 28, 2010 -

Total        $21,180.00

6-months Truck payments — $4,050.00
6-month Insurance Truck — 1,110.00
6-month Gas — — 1,570.00
Materials & Supplies Expenses — 2,391.11
6-month Fees — 1,373.00
6-month Liability Insurance 465.00
Licenses - 250.00

Total Expenses    11,209 -

Net Profit — $ 9971.00

                                        W/ Penalty —
Taxes Owed   2005 —   5555.80 —   4919.94
             2006 —  14,072.01 —  12,346.92
             2007 —              — 10,956.00
             2008 —     971.30 —     948.94
                                    29,171.80