# United States Bankruptcy Court
## Middle District of Alabama

In re:

Bonita R Loftsgard

Debtor(s).

Case No.

Chapter 13

---

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521(A)(1)(B)(IV)**

---

I, Bradley A Loftsgard, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐    a) I was not employed during the period immediately preceding the filing of the above referenced case _____ (enter dates not employed);

☐    b) I was employed during the period immediately preceding the filing of the above -referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

☒    c) I am self-employed and do not receive any evidence of payment.

☒    d) Other (Please Explain). Bonita Loftsgard was not employed.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: March 22, 2010

/s/ Bradley A Loftsgard
Debtor

/s/ Bonita M. Loftsgard
Debtor