UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 10–30714
Chapter 13
Bradley A Loftsgard and Bonita R Loftsgard

    Debtors

**ORDER**

This case is before the court on the following matter:

*32* – Rule 9007 Motion/Notice/Objection: Motion to Use, Sell or Lease and Request an Emergency Hearing filed by Richard D. Shinbaum on behalf of Bonita R Loftsgard, Bradley A Loftsgard. Responses due by 05/30/2013. (Attachments: # 1 Contract) (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

    Done this 31st day of May, 2013.

    /s/ Honorable Dwight H. Williams Jr.
    United States Bankruptcy Judge